UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RPM FREIGHT SYSTEMS, LLC,

    Plaintiff,

and

BEAZLEY FURLONG LTD.,

    Intervenor-Plaintiff,

v.                                                               Case No. 21-11882
                                                              Honorable Linda V. Parker

WESCO INSURANCE COMPANY,

    Defendant.

_____/

## **JUDGMENT**

    Plaintiff RPM Freight Systems, LLC ("RPM") filed this lawsuit alleging that Defendant Wesco Insurance Company ("Wesco") breached its contractual duties by denying coverage in violation of Michigan Compiled Laws § 500.2006. (ECF No. 1.) Intervenor-Plaintiff Beazley Furlong, Ltd. ("Beazley") intervened in this lawsuit arguing that because Wesco breached its duties, Beazley was forced to defend RPM in an underlying lawsuit and indemnify RPM for a settlement of the lawsuit. Beazley now seeks contribution for the defense and indemnity. In an Opinion and Order entered on this date, the Court held that there was no genuine issue of material fact as to the following: (1) whether Wesco owed a duty to defend

and indemnify RPM in the lawsuit; (2) whether Wesco breached its duty to RPM; (3) whether Beazley is entitled to equitable subrogation; (4) whether Beazley is entitled to contractual subrogation; and (5) whether Wesco was obligated to contribute to the defense and indemnity payments for the Underlying Action.  As such, the Court denied Wesco's motion, granted in part and denied in part Beazley's motion, and granted RPM's motion.

Accordingly,

**IT IS ORDERED** that Wesco's motion for summary judgment (ECF No. 21) is **DENIED**, Beazley's motion for summary judgment (ECF No. 22) is **GRANTED IN PART** and **DENIED IN PART**, and RPM's motion for summary judgment (ECF No. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that Wesco must contribute to the cost of defense and indemnity alongside Beazley consistent with this Court's Opinion, including any pre and post-judgment interest under Mich. Comp. Laws § 500.2006.

**IT IS FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 15, 2023